**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern  Division | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>  Tishel, Mike | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>  Tishel, Naty |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  aka Michael Tuvia-Uzi | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>  aka Osnat Tishel |
| Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 8099 | Last four digits of Soc.Sec.No./Complete EIN or other Tax ID No.<br>(if more than one, state all): 8573 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>  336 Indian Ridge Trail<br>  Wauconda, IL 60084 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>  336 Indian Ridge Trail<br>  Wauconda, IL 60084 |
| County of Residence or of the<br>Principal Place of Business:    Lake | County of Residence or of the<br>Principal Place of Business:    Lake |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | Attorney:   David P. Leibowitz, 1612271<br>Leibowitz Law Center<br>420 W. Clayton Street<br>Waukegan, IL 60085  ph: 847 249 9100 |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed**  (Check one box) |
|---|---|
| ☑ Individual(s)         ☐ Railroad<br>☐ Corporation        ☐ Stockbroker<br>☐ Partnership        ☐ Commodity Broker<br>☐ Other _____         ☐ Clearing Bank | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12 |
| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business        ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only)<br>  Must attach signed application for the court's consideration<br>  certifying that the debtor is unable to pay fee except in installments.<br>  Rule 1006(b).  See Official Form No. 3. |
| **Chapter 11 Small Business**  (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>  11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ |

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | Mike Tishel & Naty Tishel |

**Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: NONE | Case Number: | Date Filed: |

| District: | Relationship: | Judge: |

# Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    /s/ Mike Tishel
Signature of Debtor

X    /s/ Naty Tishel
Signature of Joint Debtor

Telephone Number (If not represented by attorney)
September 7, 2005
Date

**Signature of Attorney**

X    /s/ David P. Leibowitz
Signature of Attorney for Debtor(s)

DAVID P. LEIBOWITZ 1612271
Printed Name of Attorney for Debtor(s)

Leibowitz Law Center
Firm Name
420 W. Clayton Street
Address
Waukegan, IL 60085

847 249 9100
Telephone Number
September 7, 2005
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

**Exhibit B**

((To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X    /s/ David P. Leibowitz          September 7, 2005
Signature of Attorney for Debtor(s)          Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed Name of Bankruptcy Petition Preparer

Social Security Number (Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

FORM B6 - Cont.
(6/90)

# United States Bankruptcy Court

## Northern District of Illinois, Eastern  Division

Mike Tishel & Naty Tishel

In re _____    Case No. _____
                    Debtor                                      (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A  -  Real Property | YES | 1 | $ 0.00 | | |
| B  -  Personal Property | YES | 4 | $ 2,210,610.00 | | |
| C  -  Property Claimed As Exempt | YES | 1 | | | |
| D  -  Creditors Holding Secured Claims | YES | 1 | | $ 17,966.18 | |
| E  -  Creditors Holding Unsecured Priority Claims | YES | 4 | | $ 368,143.86 | |
| F  -  Creditors Holding Unsecured Nonpriority Claims | YES | 19 | | $ 65,382.28 | |
| G  -  Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H  -  Codebtors | YES | 1 | | | |
| I  -  Current Income of Individual Debtor(s) | YES | 1 | | | $ 1,000.00 |
| J  -  Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 1,030.00 |
| Total Number of Sheets in ALL Schedules ▶ | | 34 | | | |
| Total Assets ▶ | | | 2,210,610.00 | | |
| Total Liabilities ▶ | | | | 451,492.32 | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0.644  -  30931

FORM B6A
(6/90)

In re ___Mike Tishel & Naty Tishel_____    Case No. _____
                     Debtor    (if known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D.  If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| NONE | | | | |
| | | | Total ▶ 0.00 | |

**(Report also on Summary of Schedules)**

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6B
(10/89)

Mike Tishel & Naty Tishel

In re _____    Case No. _____
              Debtor                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G- Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  **Cash on hand.** | | Cash | J | 400.00 |
| 2.  **Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.** | X | | | |
| 3.  **Security deposits with public utilities, telephone companies, landlords, and others.** | X | | | |
| 4.  **Household goods and furnishings, including audio, video, and computer equipment.** | | Stereo equipment<br>Home | J | 100.00 |
| | | Sofas, tables, beds, lamps<br>Home | J | 2,000.00 |
| 5.  **Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.** | | Pictures<br>Home | J | 1,000.00 |

FORM B6B
(10/89)

In re ___Mike Tishel & Naty Tishel_____     Case No. _____
Debtor     (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 6.   Wearing apparel. | | Clothes<br>Home | J | 1,000.00 |
| 7.   Furs and jewelry. | | wedding ring | W | 100.00 |
| 8.   Firearms and sports, photographic, and other hobby equipment. | | simple camera | J | 10.00 |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities.  Itemize and name each issuer. | X | | | |
| 11.   Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12.   Stock and interests in incorporated and unincorporated businesses. Itemize. | | Universal Public Transportation, Inc.<br><br>Corporation has substantial accounts receivable from State of Illinois. Currently, not collecrtable.  Value is net of possible tax liability-criminal liability? | H | 2,200,000.00 |
| 13.   Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 14.   Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15.   Accounts receivable. | X | | | |
| 16.   Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled.  Give particulars. | X | | | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6B
(10/89)

In re Mike Tishel & Naty Tishel _____     Case No. _____
                          Debtor                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Buick LeSabre<br><br>Home | W | 6,000.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6B
(10/89)

In re _____Mike Tishel & Naty Tishel_____    Case No. _____
　　　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| **32.  Farm supplies, chemicals, and feed.** | X | | | |
| **33.  Other personal property of any kind not already listed.** | X | | | |

　0
____continuation sheets attached　　　　　　　　Total ▶ | $ |　2,210,610.00

**(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)**

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6C
(6/90)

Mike Tishel & Naty Tishel

In re _____     Case No. _____
                    Debtor                                                                    (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemption to which debtor is entitled under

(Check one box)

☐  11 U.S.C. §522(b)(1)    Exemptions provided in 11 U.S.C. §522(d).  Note:  These exemptions are available only in certain states.

☑  11 U.S.C. §522(b)(2)    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| Clothes | (Husb)735 I.L.C.S 5§12-1001(a) | 500.00 | 1,000.00 |
|  | (Wife)735 I.L.C.S 5§12-1001(a) | 500.00 |  |
| Stereo equipment | (Husb)735 I.L.C.S 5§12-1001(b) | 100.00 | 100.00 |
| Sofas, tables, beds, lamps | (Husb)735 I.L.C.S 5§12-1001(b) | 1,000.00 | 2,000.00 |
|  | (Wife)735 I.L.C.S 5§12-1001(b) | 1,000.00 |  |
| Pictures | (Husb)735 I.L.C.S 5§12-1001(b) | 500.00 | 1,000.00 |
|  | (Wife)735 I.L.C.S 5§12-1001(b) | 500.00 |  |
| Cash | (Husb)735 I.L.C.S 5§12-1001(b) | 200.00 | 400.00 |
|  | (Wife)735 I.L.C.S 5§12-1001(b) | 200.00 |  |

Form B6D
(12/03)

**In re** _____ ,    **Case No.** _____
　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

Mike Tishel & Naty Tishel

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

　　　　Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2017<br><br>Midland Credit Management<br>P.O. Box 939019<br>San Diego, CA 92193-9019<br><br>VALUE $　　　　0.00 | | | Uzi Tishel<br>Collections for Ford Credit | | | | 10,466.18 | 10,466.18 |
| ACCOUNT NO.<br><br>Sigler Auto Center<br>7501 Lincoln Avenue<br>Skokie, IL 60076<br><br>VALUE $　　6,000.00 | | W | Security: 2000 Buick LeSabre | | | | 7,500.00 | 1,500.00 |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |
| ACCOUNT NO.<br><br><br><br>VALUE $ | | | | | | | | |

0 _____continuation sheets attached

Subtotal ➤　$　17,966.18
(Total of this page)

Total ➤　$　17,966.18
(Use only on last page)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6E
(04/04)

In re ___Mike Tishel & Naty Tishel_____,    Case No._____
                      Debtor                                                (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H,""W,""J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐  **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐  **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

___3___ continuation sheets attached

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6E - Cont.
(04/04)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
                **Debtor**                                                       **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8099<br><br>Associate Area Counsel, SB/SE<br>Internal Revenue Service #2300<br>200 W. Adams<br>Chicago, IL 60606-5208 | | J | | | | | Notice Only | Notice Only |
| ACCOUNT NO.<br><br>D. Patrick Mullarkey<br>Tax Division<br>P.O. Box 55<br>Washington DC 20044 | | | | | | | Unknown | Unknown |
| ACCOUNT NO.  8099<br><br>Internal Revenue Service<br>Cincinnati, OH 45999-0030 | | H | Incurred: 2004 | | | | 1,143.86 | 1,143.86 |
| ACCOUNT NO.  shel<br><br>Internal Revenue Service<br>Cincinnati, OH 45999-0030 | | J | Incurred: 2001 | | | | 7,000.00 | 7,000.00 |
| ACCOUNT NO.  8099<br><br>Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn St.<br>Chicago, IL 60604 | | J | | | | | Notice Only | Notice Only |

Sheet no.  _1_  of  _3_  continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 8,143.86
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644  -  30931

Form B6E - Cont.
(04/04)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
        **Debtor**                                **(If known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes & Debts to Governments

**TYPE OF PRIORITY**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  8099<br><br>United States Attorney<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | J | | | | | Unknown | Unknown |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _2_ of _3_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotal ➤ $   0.00
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6E - Cont.
(04/04)

Mike Tishel & Naty Tishel

In re _____,   Case No. _____
Debtor                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Commitments to Maintain Capital

TYPE OF PRIORITY

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   tion<br><br>Illinois Department of Public Aid<br>201 South Grand Avenue East<br>Springfield, IL 62763-0001 | | H | Incurred: 2001 | | | | 180,000.00 | 180,000.00 |
| ACCOUNT NO.   tion<br><br>Illinois Department of Public Aid<br>201 South Grand Avenue East<br>Springfield, IL 62763-0001 | | H | Incurred: 2001 | | | | 180,000.00 | 180,000.00 |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| ACCOUNT NO. | | | | | | | | |

Sheet no. _3_ of _3_ continuation sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ➤ | $ | 360,000.00
(Total of this page)

Total ➤ | $ | 368,143.86
(Use only on last page of the completed Schedule E.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F (12/03)

In re _____,    Case No. _____
      Mike Tishel & Naty Tishel
          **Debtor**                                        **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition.  The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  Do not include claims listed in Schedules D and E.  If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary  of Schedules.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2929<br><br>1st Nationwide Bank/Visa<br>1185 Ave Of The Americas<br>New York, NY 10036-2601 | | J | Incurred: 02/1994<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   2928<br><br>1st Nationwide Bank/Visa<br>1185 Ave Of The Americas<br>New York, NY 10036-2601 | | J | Consideration: Credit card debt | | | | 21,994.00 |
| ACCOUNT NO.   1014<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | H | Incurred: 11/1991<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   1006<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 11/1991<br>Consideration: Credit card debt | | | | Unknown |

_____18_____continuation sheets attached

Subtotal ➤   $     21,994.00
(Total of this page)

Total ➤   $
(Use only on last page)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
                  **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2010<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | H | Incurred: 05/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  2002<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 04/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  1005<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 06/1991<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  1016<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | H | Incurred: 08/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  1008<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 08/1992<br>Consideration: Credit card debt | | | | Unknown |

Sheet no. __1__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00
(Total of this page)
Total ➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,        Case No. _____

           **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1008<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | H | Incurred: 03/1991<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  1022<br><br>American Express<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 12/1998<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  1005<br><br>American Express Corporate<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | W | Incurred: 01/1993<br>Consideration: Credit card debt<br>Osnat Tishel<br>Mytel Northwest | | | | Unknown |
| ACCOUNT NO.  1013<br><br>American Express Corporate<br>200 Vesey Street, 44th Fl<br>New York, NY 10285 | | H | Incurred: 01/1993<br>Consideration: Credit card debt<br>Osnat Tishel<br>Mytel Northwest | | | | Unknown |
| ACCOUNT NO.  1001<br><br>Amoco<br>PO Box 9014<br>Des Moines, IA 50306 | | H | Incurred: 10/1994<br>Consideration: Credit card debt | | | | Unknown |

Sheet no. _2___ of _18___ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ $         0.00
(Total of this page)
Total➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,      Case No. _____
     **Debtor**                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  1002<br><br>Amoco<br>PO Box 9014<br>Des Moines, IA 50306 | | H | Incurred: 10/1994<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3104<br><br>Amoco Multicard<br>PO Box 9014<br>Des Moines, IA 50306 | | H | Incurred: 09/1994<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3104<br><br>Amoco/Multicard<br>PO Box 9014<br>Des Moines, IA 50306 | | W | Incurred: 09/1994<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  6293<br><br>Associated Recovery Systems<br>201 W. Grand Ave<br>Escondido, CA 92025 | | H | Consideration: Credit card debt<br>Collection agency for Capital One Services<br>5291151614962437 | | | | 6,875.58 |
| ACCOUNT NO.  2152<br><br>Blatt Hasenmiller Leibsker<br>125 S. Wacker Dr #400<br>Chicago, IL 60606 | | W | Collection agency for Capital One Bank | | | | 1,383.41 |

Sheet no. __3__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 8,258.99
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
              **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5810<br><br>Capital One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | | W | Incurred: 05/20005<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 5546<br><br>Capital One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | | H | Consideration: Medical services | | | | Unknown |
| ACCOUNT NO. 1699<br><br>Capital One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | | J | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 1699<br><br>Capital One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | | W | Incurred: 07/02/2004<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 8376<br><br>Capital One<br>c/o TSYS Debt Management<br>P.O. Box 5155<br>Norcross, GA 30091 | | J | Incurred: 01/03/2005<br>Consideration: Credit card debt | | | | Unknown |

Sheet no. _4_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,          Case No. _____
                  **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2886 <br> Capital One Visa <br> c/o TSYS Debt Management <br> P.O. Box 5155 <br> Norcross, GA 30091 | | H | Incurred: 09/02/2004 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 4278 <br> Capital One/Platinum Visa Business <br> PO Box 26074 <br> Richmond, VA 23260 | | H | Incurred: 05/02/2004 <br> Consideration: Credit card debt <br> Universal Public <br> Mike Tishel | | | | 0.00 |
| ACCOUNT NO. 3321 <br> Carsons <br> PO BOX 10327 <br> Jackson, MS 39289 | | W | | | | | 0.00 |
| ACCOUNT NO. 5448 <br> Chase/ Visa <br> PO Box 15129 <br> Wilmington, Delaware 19850-5129 | | H | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 0626 <br> Chemical Bank/ Master Card <br> 333 Main Street <br> Midland, MI 48640 | | W | Incurred: 11/1992 <br> Consideration: Credit card debt | | | | Unknown |

Sheet no. _5_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $        0.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,        Case No. _____
　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  0626<br><br>Chemical Bank/ Master Card<br>333 Main Street<br>Midland, MI 48640 | | H | Incurred: 11/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  0629<br><br>Chemical Bank/ Visa<br>333 Main Street<br>Midland, MI 48640 | | W | Incurred: 11/1990<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  0629<br><br>Chemical Bank/Visa<br>333 Main Street<br>Midland, MI 48640 | | H | Incurred: 11/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  2778<br><br>Citi Bank Classic /Visa<br>PO Box 6000<br>Sioux Falls, SD 57177-6000 | | W | Incurred: 07/1993 | | | | Unknown |
| ACCOUNT NO.  2778<br><br>Citi Bank Classic /Visa<br>PO Box 6000<br>Sioux Falls, SD 57177-6000 | | H | Incurred: 07/1991 | | | | Unknown |

Sheet no. __6__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,   Case No. _____
                          **Debtor**                                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4501 <br><br> Citi Bank Classic/ Master Card <br> PO Box 6000 <br> Sioux Falls, SD 57117-6000 | | W | Incurred: 07/1992 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 6996 <br><br> Citi Bank Classic/ Master Card <br> PO Box 6000 <br> Sioux Falls, SD 57117-6000 | | W | Incurred: 05/1993 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 6996 <br><br> Citi Bank Classic/ Master Card <br> PO Box 6000 <br> Sioux Falls, SD 57117-6000 | | H | Incurred: 05/1993 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 2778 <br><br> Citi Bank Classic/ Visa <br> PO Box 6000 <br> Sioux Falls, SD 57117-6000 | | W | Incurred: 07/1991 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 4501 <br><br> Citi Bank Classic/Master Card <br> PO Box 6000 <br> Sioux Falls, SD 57117-6000 | | H | Incurred: 07/1992 <br> Consideration: Credit card debt | | | | Unknown |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Sheet no. _7_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ | $ | 0.00
(Total of this page)
Total ➤ | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,     Case No. _____
Debtor                                                                              (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  2778<br><br>Citi Bank Classic/Visa<br>PO Box 600<br>Sioux Falls, SD 57117-6000 | | H | Incurred: 07/1993<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  9343<br><br>Citi Bank Preferred/Visa<br>PO Box 6000<br>Sioux Falls, SD 57117-6000 | | H | Incurred: 07/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  9343<br><br>Citi Bank Preferred/Visa<br>PO Box 6000<br>Sioux Falls, SD 57117-6000 | | W | Incurred: 07/1992<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3161<br><br>Diners Club International<br>P.O. Box 9014<br>DesMoines, IA 50306 | | J | Incurred: 8/93<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  0817<br><br>Discover<br>P. O. Box 30395<br>Salt Lake City, UT 84130-0395 | | H | Incurred: 02/1992<br>Consideration: Credit card debt | | | | Unknown |

Sheet no.  8    of  18    continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $             0.00
(Total of this page)
Total ➤    $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,          Case No. _____
                   **Debtor**                                                    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 9476<br><br>ENH Radiology<br>34618 Eagle Way<br>Chicago, IL 60678 | | H | Incurred: 6/30/05<br>Consideration: Medical services | | | | 97.83 |
| ACCOUNT NO. 81ec<br><br>Evanston Northwestern Healthcare<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | | H | Incurred: 6/05<br>Consideration: Medical services | | | | 530.14 |
| ACCOUNT NO. shel<br><br>Evanston Northwestern Healthcare<br>Hospital Billing<br>23056 Network Place<br>Chicago, IL 60673-1230 | | H | Incurred: 6/30/05<br>Consideration: Medical services | | | | 1,160.00 |
| ACCOUNT NO. 5760<br><br>Fashion Bug<br>Fashion Bug Credit Customer Service<br>P.O. Box 910<br>Milford, OH 45150-0889 | | W | Consideration: Credit card debt | | | | 500.00 |
| ACCOUNT NO. 5151<br><br>First Premier Bank<br>P.O. Box 5147<br>Sioux Falls, SD 57117-5147 | | H | Consideration: Credit card debt | | | | 216.91 |

Sheet no. _9_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal➤ | $ | 2,504.88
(Total of this page)

Total➤ | $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,          Case No. _____
                              **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  9407<br><br>First Premier Bank<br>P.O. Box 5524<br>Sioux Falls, SD 57117 | | H | Incurred: 8/2004<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  5178<br><br>Global Vantedge<br>P.O. Box 945<br>Brookfield, WI 53008-0945 | | W | Collections for Capital One Services<br>5178052313155810 | | | | Notice Only |
| ACCOUNT NO.  2437<br><br>Gold Capital One /Master Card<br>PO Box 26074<br>Richmond, VA 23285 | | H | Incurred: 03/03/2005<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  0077<br><br>Gold Capital One/Visa<br>PO Box 26074<br>Richmond, VA 23260 | | W | Incurred: 12/02/2005<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  7603<br><br>Harris Bank/Master Card<br>Amoco/Motor Club<br>501 Plaza 2<br>Jersey City, NJ 07311 | | J | Incurred: 09/1991<br>Consideration: Credit card debt | | | | Unknown |

Sheet no.  10  of  18  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  $          0.00
(Total of this page)
Total ➤  $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,        Case No. _____
                        **Debtor**                                                                                     **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  7603<br><br>Harris Bank/Master Card<br>Harborside Financial Center<br>501 Plaza 2<br>Jersey City, NJ 07311 | | W | Incurred: 09/1993 | | | | Unknown |
| ACCOUNT NO.  7603<br><br>Harris Bank/Visa<br>Harborside Financial Ctr<br>501 Plaza 2<br>Jersey City, NJ 07311 | | H | Incurred: 09/1993<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  7603<br><br>Harris Bank/Visa<br>Harborside Financial Ctr<br>501 Plaza 2<br>Jersey City, NJ 07311 | | W | Incurred: 09/1993<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3052<br><br>Highland<br>PO Box 7494<br>Wilmington, DE 19803 | | W | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  4051<br><br>HomeMakers<br>1733 E Woodfield Rd<br>Schaumburg, IL 60173-5112 | | W | Consideration: Credit card debt | | | | 0.00 |

Sheet no.  11  of  18  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤
(Total of this page)          $          0.00

Total ➤
(Use only on last page of the completed Schedule F.)          $

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,            Case No. _____
                          **Debtor**                                                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   2405<br><br>HomeMakers<br>1733 E Woodfield Rd<br>Schaumburg, IL 60173-5112 | | H | Incurred: 1990<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   6608<br><br>Household Bank<br>P.O. Box 80084<br>Salinas, CA 93912 | | W | Incurred: 1/04<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   5422<br><br>Household Bank<br>P.O. Box 81622<br>Salinas, CA 93912 | | J | Incurred: 7/91<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   -517<br><br>IC System<br>444 Highway 96 East<br>St. Paul, MN 55164-0887 | | H | Collection agency for Providian | | | | Notice Only |
| ACCOUNT NO.   6181<br><br>JC Penney<br>P.O. Box 981131<br>El Paso, TX 79998 | | W | Incurred: 1989<br>Consideration: Credit card debt | | | | Unknown |

Sheet no. _12_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 0.00
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  6181<br><br>JC Penney<br>P.O. Box 981131<br>El Paso, TX 79998 | | H | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  8013<br><br>Leasecomm<br>10-M Commerce Way<br>Woburn, MA 01801 | | H | Incurred: 2005<br>Mero's Art, Inc. | | | | 4,556.64 |
| ACCOUNT NO.  6070<br><br>Lord & Taylor<br>424 Fifth Ave.<br>New York, NY 10018 | | H | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  5675<br><br>Marshall Fields<br>300 Sheffield Center<br>Lorain, OH 44055 | | W | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  8181<br><br>Marshall Fields<br>300 Sheffield Center<br>Lorain, OH 44055 | | H | Consideration: Credit card debt | | | | Unknown |

Sheet no.  13  of  18  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $      4,556.64
(Total of this page)

Total ➤ $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____, Case No. _____
Debtor                                                          (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  5 E<br><br>Marshall Fields<br>300 Sheffield Center<br>Lorain, OH 44055 | | H | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  5675<br><br>Marshall Fields<br>3901 W 53rd St<br>Sioux Falls, SD 57106-4216 | | W | Incurred: 1987<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  2017<br><br>Midland Credit Management<br>P.O. Box 939019<br>San Diego, CA 92193-9019 | | H | Collection agency for Ford Credit US | | | | 10,466.18 |
| ACCOUNT NO.  5001<br><br>Mobil<br>PO Box 419600<br>Kansas, MO 64141-6600 | | H | Incurred: 06/1996<br>Consideration: Credit card debt<br>MYtel Northwestern<br>Jet Air CFT | | | | Unknown |
| ACCOUNT NO.  2753<br><br>Monogram /Master Card<br>PO Box 429351<br>Cicinnati, Ohio 45242 | | W | Incurred: 06/1993<br>Consideration: Credit card debt | | | | Unknown |

Sheet no. __14__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ 10,466.18
(Total of this page)
Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
              **Debtor**    **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT ORCOMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2753<br><br>Monogram /Master Card<br>PO Box 429351<br>Cincinnati, Ohio 45242 | | H | Incurred: 06/1993<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 970<br><br>NCO Financial Systems, Inc.<br>507 Prudential Rd<br>Horsham, PA 19044 | | H | Consideration: Credit card debt<br>Collection agency for Capital One<br>4121741810672886 | | | | 697.09 |
| ACCOUNT NO. 2557<br><br>Neiman Marcus<br>One Marcus Square,<br>1618 Main Street,<br>Dallas, TX 75201 | | W | Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO. 6799<br><br>OSI Collection Services<br>P.O. Box 550720<br>Jacksonville, FL 32255-0720 | | H | Consideration: Credit card debt<br>Collection agency for Capital One Services | | | | 461.79 |
| ACCOUNT NO. 5631<br><br>OSI Collection Services<br>P.O. Box 965<br>Brookfield, WI 53008-0965 | | H | Incurred: 2005<br>Collection agency for Fed Ex<br>PCS ING | | | | 23.59 |

Sheet no. _15_ of _18_ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal ➤ | $ | 1,182.47 |
|---|---|---|---|
|  | (Total of this page) | | |
|  | Total ➤ | $ | |
|  | (Use only on last page of the completed Schedule F.) | | |

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,          Case No. _____
               **Debtor**                                                          **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  shel <br><br> PCM <br> Dept. 735 <br> P.O. Box 4115 <br> Concord, CA 94524 | | W | Collections for Household Credit 2078.23 | | | | Notice Only |
| ACCOUNT NO.  3001 <br><br> Phillips 66 <br> PO Box 66 <br> Bartlesville, OK 74005-0066 | | H | Incurred: 10/1994 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3002 <br><br> Phillips 66 <br> PO box 66 <br> Bartlesville, OK 74005-0066 | | H | Incurred: 10/1994 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3576 <br><br> Providian <br> 295 Main Street <br> Tilton, NH 03276 | | H | Incurred: 12/02/2002 <br> Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.  3576 <br><br> Providian <br> 295 Main Street <br> Tilton, NH 03276 | | W | Incurred: 02/03/2003 <br> Consideration: Credit card debt | | | | Unknown |

Sheet no.  16  of  18  continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $          0.00
(Total of this page)
Total ➤   $
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,     Case No. _____
             **Debtor**                                                              **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  3689<br><br>Providian<br>295 Main Street<br>Tilton, NH 03276 | | W | Consideration: Credit card debt | | | | 2,052.00 |
| ACCOUNT NO.  3576<br><br>Providian<br>P.O. Box 660433<br>Dallas, TX 75266-0433 | | H | Consideration: Credit card debt | | | | 1,847.71 |
| ACCOUNT NO.  689.<br><br>Providian<br>P.O. Box 660487<br>Dallas, TX 75266-0487 | | W | Consideration: Credit card debt | | | | 628.62 |
| ACCOUNT NO.  3689<br><br>Providian<br>P.O. Box 99604<br>Arlington, TX 76096-9604 | | W | Consideration: Credit card debt<br>Collection agency for Providian National Bank | | | | Unknown |
| ACCOUNT NO.  9242<br><br>Quest Diagnostics<br>P.O. Box 64804<br>Baltimore, MD 21264-4804 | | H | Incurred: 2/2005<br>Consideration: Medical services | | | | 470.00 |

Sheet no. __17__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤  | $ | 4,998.33
(Total of this page)

Total ➤  | $ |
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Form B6F - Cont.
(12/03)

Mike Tishel & Naty Tishel

In re _____,    Case No. _____
        **Debtor**                                                           **(If known)**

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   S05A<br><br>Risk Management Alt.<br>802 E. Martintown Rd #201<br>North Augusta, SC 29841 | | H | Collection agency for American Express and<br><br>RMA Holdings | | | | 7,796.61 |
| ACCOUNT NO.   5935<br><br>Sears<br>P.O. Box 182149<br>Columbus, OH 43218-2149 | | H | Incurred: 1988<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   6799<br><br>TJX/Visa Platinum<br>PO Box 26074<br>Richmond, VA 23260 | | W | Incurred: 04/2003<br>Consideration: Credit card debt | | | | Unknown |
| ACCOUNT NO.   0624<br><br>Village Bank and Trust<br>234 W. Northwest Highway<br>Arlington Heights, IL 60004 | | H | Incurred: 5/2005<br>Consideration: NSF checks | | | | 3,624.18 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __18__ of __18__ continuation sheets attached to Schedule of Creditors
Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤    $    11,420.79
(Total of this page)
Total ➤    $    65,382.28
(Use only on last page of the completed Schedule F.)

(Report total also on Summary of Schedules)

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6G
(10/89)

Mike Tishel & Naty Tishel

In re _____    Case No. _____
            Debtor                                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:  A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

FORM B6H
(6/90)

In re  Mike Tishel & Naty Tishel
_____    Case No. _____
              Debtor                                    (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule.  Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6I
12/03

In re Mike Tishel & Naty Tishel

_____ ,          Case No._____
                    Debtor                                                                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: Married | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP  No dependents | AGE |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | PT Driver | Housewife |
| Name of Employer | PCS | Unemployed |
| How long employed | 8 months | |
| Address of Employer | 336 Indian Ridge | |
| | Wauconda, IL 60084 | |

**Income:** (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | | $ 1,000.00 | $ 0.00 |
| Estimated monthly overtime | | $ 0.00 | $ 0.00 |
| SUBTOTAL | | $ 1,000.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 0.00 | $ 0.00 |
| b. Insurance | | $ 0.00 | $ 0.00 |
| c. Union Dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify:_____ ) | | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | | $ 1,000.00 | $ 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | | $ 0.00 | $ 0.00 |
| Income from real property | | $ 0.00 | $ 0.00 |
| Interest and dividends | | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) _____ | | $ 0.00 | $ 0.00 |
| Pension or retirement income | | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) _____ | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | | $ 1,000.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME          $ 1,000.00          (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 30931

FORM B6J
(6/90)

In re  Mike Tishel & Naty Tishel
_____ ,       Case No. _____
                     Debtor                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| Are real estate taxes included?        Yes _____   No ✓ | | |
| Is property insurance included?        Yes _____   No ✓ | | |
| Utilities      Electricity and heating fuel | $ | 200.00 |
|                    Water and sewer | $ | 0.00 |
|                    Telephone | $ | 80.00 |
|                    Other _____ | $ | 0.00 |
| Home maintenance (Repairs and upkeep) | $ | 0.00 |
| Food | $ | 500.00 |
| Clothing | $ | 0.00 |
| Laundry and dry cleaning | $ | 0.00 |
| Medical and dental expenses | $ | 100.00 |
| Transportation (not including car payments) | $ | 150.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    Homeowner's or renter's | $ | 0.00 |
|                    Life | $ | 0.00 |
|                    Health | $ | 0.00 |
|                    Auto | $ | 0.00 |
|                    Other _____ | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)_____ | $ | 0.00 |
| Installment payments (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | |
|                    Auto | $ | 0.00 |
|                    Other _____ | $ | 0.00 |
|                    Other _____ | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other _____ | $ | 0.00 |

TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)     $ | 1,030.00

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | N.A. |
| B.  Total projected monthly expenses | $ | N.A. |
| C.  Excess income (A minus B) | $ | N.A. |
| D.  Total amount to be paid into plan each      _____N.A._____ | $ | N.A. |
|                                                              (interval) | | |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

Official Form 6-Cont.
(12/03)

In re    Mike Tishel & Naty Tishel
——————————————————————— ,    Case No. ———————————————————
                    Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of                35
sheets and that they are true and correct to the best of my knowledge, information and belief.                (Total shown on summary page plus 1)

Date   September 7, 2005                             Signature   /s/ Mike Tishel
——————————————————————                              ——————————————————————————
                                                                    Debtor

Date   September 7, 2005                             Signature   /s/ Naty Tishel
——————————————————————                              ——————————————————————————
                                                                    (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign]

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

———————————————————————————————                    ————————————————————————
Printed or Typed Name of Bankruptcy Petition Preparer                Social Security No.
                                                                    (Required by 11 U.S.C. § 110(c).)
————————————————————————————

————————————————————————————
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X————————————————————————————————                  ————————————————————————
Signature of Bankruptcy Petition Preparer                            Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110;  18 U.S.C. §156.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Form 7
(12/03)

# FORM 7.  STATEMENT OF FINANCIAL AFFAIRS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS, EASTERN  DIVISION

In Re   Mike Tishel & Naty Tishel
_____      Case No. _____
(Name)                                                    (if known)
Debtor

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1.    Income from employment or operation of business**

None     State the gross amount of income the debtor has received from employment, trade, or profession, or from operation
☐         of the debtor's business from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                              SOURCE (if more than one)

2005(db)        6400.00        PCS

2004(db)        14000.00       Lucky's Auto

2003(db)             0

2005(jdb)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 2004(jdb) | |
| 2003(jdb) | |

**2.  Income other than from employment or operation of business**

None ☒   State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case.  Give particulars. If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3.  Payments to Creditors**

None ☒   a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☒   b.    List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors, who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a.    List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| TR-546-05 | Pennsylvania v. Mike Tishel Moving violation | 16th Judicial District Pennsylvania | Pending |
| TR-547-05 Pennsylvania v. Mike Tishel | Dept of Transportation Violation | Pennsylvania 16th Judicial District | Pending |

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

None   b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within
☒   one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter
13 must include information concerning property of either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5. Repossessions, foreclosures and returns**

None   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu
☒   of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or
both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and Receiverships**

None   a.   Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding
☒   the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any
assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None   b.   List all property which has been in the hands of a custodian, receiver, or court-appointed official within one
☒   year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include information concerning property of either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case,
☒   except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member
and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or
chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless
the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc. - ver. 3.9.0-644 - 30931

**8.   Losses**

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES, AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.   Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| David P. Leibowitz<br>Leibowitz Law Center<br>420 W. Clayton Street<br>Waukegan, IL 60085 | September 1, 2005 | $2,000 |

**10.   Other transfers**

None ☒   List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.   Closed financial accounts**

None ☒   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments;  shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ☒   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ☐   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case.   (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| IRS | 01-2002 | 5000 |
| IRS | 04/ | |

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| ILL Dept of Public AID | 180.000 | |

**15. Prior address of debtor**

None ☒   If the debtor has moved within the two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None

☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the six-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17.  Environmental Sites**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None

☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None

☒

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18. Nature, location and name of business**

None    a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the
☐    businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or
managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the
six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of
the voting or equity securities within the six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity  securities, within the six years immediately preceding the
commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the
businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5
percent or more of the voting or equity securities within the six years immediately preceding the
commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Universal Public Transportation | no longer in operation | | Transportation public aid recipients | 2001-2002 only |

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11
U.S.C. § 101.

None
☒

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual
debtor who is or has been, within the six years immediately preceding the commencement of this case, any of the following: an
officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a
partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in
business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has
not been in business within those six years should go directly to the signature page.)*

**19. Books, record and financial statements**

None    a.    List all bookkeepers and accountants who within the six years immediately preceding the filing of this
☐    bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

Debtor maintains books.
Company exists only for
litigation with State of Illinois

☒ None    b.    List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|------------------------|

☒ None    c.    List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

☒ None    d.    List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

☒ None    a.    List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|-----------------------------------------------------------------|

☒ None    b.    List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

**21. Current Partners, Officers, Directors and Shareholders**

☒ None    a.    If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

☐ None    b.    If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|
| Michael Tishel (debtor herein) | President | 100% |

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

**22. Former partners, officers, directors and shareholders**

None ☒   a.    If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒   b.    If the debtor is a corporation, list all officers, and directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23. Withdrawals from a partnership or distribution by a corporation**

None ☒   If the debtor is a partnership or a corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|-----------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group**

None ☒   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|--------------------------------------|

**25. Pension Funds**

None ☒   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the six-year period immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|--------------------------------------|

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date ___September 7, 2005___  Signature of Debtor    /s/ Mike Tishel

    MIKE TISHEL

Date ___September 7, 2005___  Signature of Joint Debtor    /s/ Naty Tishel

    NATY TISHEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____    _____
Printed or Typed Name of Bankruptcy Petition Preparer    Social Security No.
    (Required by 11 U.S.C. § 110(c).)

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110;  18 U.S.C. §156.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

___0___ continuation sheets attached

***Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §152 and 3571***

Form B8 (Official Form 8)
(12/03)

# Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois, Eastern  Division

In re   Mike Tishel & Naty Tishel                                    ,            Case No. _____
                    Debtor

                                                                                  Chapter      Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                                  **Creditor's name**

NONE

   *b.  Property to Be Retained.*                              *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| 2000 Buick LeSabre | Sigler Auto Center | | | √ |

Date:   September 7, 2005                          /s/ Naty Tishel
                                                                  Signature of Joint Debtor     NATY TISHEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.
                                                                                  (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____          _____
Signature of Bankruptcy Petition Preparer                          Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

**Form B8 (Official Form 8)**
(12/03)

**Form 8.  INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

**UNITED STATES BANKRUPTCY COURT**

**Northern District of Illinois, Eastern  Division**

In re   Mike Tishel & Naty Tishel                                    ,        Case No. _____

                          Debtor

                                                                      Chapter        Chapter 7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.  We have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.  We intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a.  Property to Be Surrendered.*

   **Description of Property**                              **Creditor's name**

NONE

   *b.  Property to Be Retained.*                              *[Check any applicable statement.]*

| Description of Property | Creditor's name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|
| NONE | | | | |

Date:   September 7, 2005              /s/ Mike Tishel

                                      Signature of Debtor        MIKE TISHEL

Date:   September 7, 2005              /s/ Naty Tishel

                                      Signature of Joint Debtor    NATY TISHEL

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

   I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C.§110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____                _____
Printed or Typed Name of Bankruptcy Petition Preparer      Social Security No.
                                                          (Required by 11 U.S.C. § 110(c).)

_____

_____
Address
Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document.

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form
for each person.

X_____                _____
Signature of Bankruptcy Petition Preparer                 Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy
Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. §156.*

B 201  (11/03)

# UNITED STATES BANKRUPTCY COURT
## NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attor- ney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2.  Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain acts of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5.  Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1.  Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2.  Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3.  Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4.  After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed primarily for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family farmer  ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| September 7, 2005 | /s/ Mike Tishel     /s/ Naty Tishel | |
| --- | --- | --- |
| Date | Signature of Debtors | Case Number |

**WHITE-DEBTOR COPY**                    **PINK-COURT COPY**

Bankruptcy2005 © 1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931

1st Nationwide Bank/Visa
1185 Ave Of The Americas
New York, NY 10036-2601


1st Nationwide Bank/Visa
1185 Ave Of The Americas
New York, NY 10036-2601


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express
200 Vesey Street, 44th Fl
New York, NY 10285

American Express
200 Vesey Street, 44th Fl
New York, NY 10285


American Express Corporate
200 Vesey Street, 44th Fl
New York, NY 10285


American Express Corporate
200 Vesey Street, 44th Fl
New York, NY 10285


Amoco
PO Box 9014
Des Moines, IA 50306


Amoco
PO Box 9014
Des Moines, IA 50306


Amoco Multicard
PO Box 9014
Des Moines, IA 50306


Amoco/Multicard
PO Box 9014
Des Moines, IA 50306


Associate Area Counsel, SB/SE
Internal Revenue Service #2300
200 W. Adams
Chicago, IL 60606-5208


Associated Recovery Systems
201 W. Grand Ave
Escondido, CA 92025


Blatt Hasenmiller Leibsker
125 S. Wacker Dr #400
Chicago, IL 60606

```
Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One Visa
c/o TSYS Debt Management
P.O. Box 5155
Norcross, GA 30091


Capital One/Platinum Visa Business
PO Box 26074
Richmond, VA 23260


Carsons
PO BOX 10327
Jackson, MS  39289


Chase/ Visa
PO Box 15129
Wilmington, Delaware 19850-5129
```

```
Chemical Bank/ Master Card
333 Main Street
Midland, MI 48640


Chemical Bank/ Master Card
333 Main Street
Midland, MI 48640


Chemical Bank/ Visa
333 Main Street
Midland, MI 48640


Chemical Bank/Visa
333 Main Street
Midland, MI 48640



Citi Bank Classic /Visa
PO Box 6000
Sioux Falls, SD 57177-6000


Citi Bank Classic /Visa
PO Box 6000
Sioux Falls, SD 57177-6000


Citi Bank Classic/ Master Card
PO Box 6000
Sioux Falls, SD 57117-6000


Citi Bank Classic/ Master Card
PO Box 6000
Sioux Falls, SD 57117-6000


Citi Bank Classic/ Master Card
PO Box 6000
Sioux Falls, SD 57117-6000


Citi Bank Classic/ Visa
PO Box 6000
Sioux Falls, SD 57117-6000
```

Citi Bank Classic/Master Card
PO Box 6000
Sioux Falls, SD 57117-6000


Citi Bank Classic/Visa
PO Box 600
Sioux Falls, SD 57117-6000


Citi Bank Preferred/Visa
PO Box 6000
Sioux Falls, SD 57117-6000


Citi Bank Preferred/Visa
PO Box 6000
Sioux Falls, SD 57117-6000


D. Patrick Mullarkey
Tax Division
P.O. Box 55
Washington DC 20044


Diners Club International
P.O. Box 9014
DesMoines, IA 50306


Discover
P. O. Box 30395
Salt Lake City, UT 84130-0395


ENH Radiology
34618 Eagle Way
Chicago, IL 60678


Evanston Northwestern Healthcare
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230


Evanston Northwestern Healthcare
Hospital Billing
23056 Network Place
Chicago, IL 60673-1230

Fashion Bug
Fashion Bug Credit Customer Service
P.O. Box 910
Milford, OH 45150-0889


First Premier Bank
P.O. Box 5147
Sioux Falls, SD 57117-5147


First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117


Global Vantedge
P.O. Box 945
Brookfield, WI 53008-0945


Gold Capital One /Master Card
PO Box 26074
Richmond, VA 23285


Gold Capital One/Visa
PO Box 26074
Richmond, VA 23260


Harris Bank/Master Card
Amoco/Motor Club
501 Plaza 2
Jersey City, NJ 07311


Harris Bank/Master Card
Harborside Financial Center
501 Plaza 2
Jersey City, NJ 07311


Harris Bank/Visa
Harborside Financial Ctr
501 Plaza 2
Jersey City, NJ 07311

Harris Bank/Visa
Harborside Financial Ctr
501 Plaza 2
Jersey City, NJ 07311


Highland
PO Box 7494
Wilmington, DE 19803


HomeMakers
1733 E Woodfield Rd
Schaumburg, IL 60173-5112


HomeMakers
1733 E Woodfield Rd
Schaumburg, IL 60173-5112


Household Bank
P.O. Box 80084
Salinas, CA 93912


Household Bank
P.O. Box 81622
Salinas, CA 93912


IC System
444 Highway 96 East
St. Paul, MN 55164-0887


Illinois Department of Public Aid
201 South Grand Avenue East
Springfield, IL 62763-0001


Illinois Department of Public Aid
201 South Grand Avenue East
Springfield, IL 62763-0001


Internal Revenue Service
Cincinnati, OH 45999-0030

Internal Revenue Service
Cincinnati, OH 45999-0030


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn St.
Chicago, IL 60604


JC Penney
P.O. Box 981131
El Paso, TX 79998


JC Penney
P.O. Box 981131
El Paso, TX 79998


Leasecomm
10-M Commerce Way
Woburn, MA 01801


Lord & Taylor
424 Fifth Ave.
New York, NY 10018


Marshall Fields
300 Sheffield Center
Lorain, OH 44055


Marshall Fields
300 Sheffield Center
Lorain, OH 44055


Marshall Fields
300 Sheffield Center
Lorain, OH 44055


Marshall Fields
3901 W 53rd St
Sioux Falls, SD 57106-4216

Midland Credit Management
P.O. Box 939019
San Diego, CA 92193-9019


Midland Credit Management
P.O. Box 939019
San Diego, CA 92193-9019


Mobil
PO Box 419600
Kansas, MO 64141-6600


Monogram /Master Card
PO Box 429351
Cicinnati, Ohio 45242


Monogram /Master Card
PO Box 429351
Cincinnati, Ohio 45242


NCO Financial Systems, Inc.
507 Prudential Rd
Horsham, PA 19044


Neiman Marcus
One Marcus Square,
1618 Main Street,
Dallas, TX 75201


OSI Collection Services
P.O. Box 550720
Jacksonville, FL 32255-0720


OSI Collection Services
P.O. Box 965
Brookfield, WI 53008-0965


PCM
Dept. 735
P.O. Box 4115
Concord, CA 94524

```
Phillips 66
PO Box 66
Bartlesville, OK 74005-0066


Phillips 66
PO box 66
Bartlesville, OK 74005-0066


Providian
295 Main Street
Tilton, NH 03276


Providian
295 Main Street
Tilton, NH 03276


Providian
295 Main Street
Tilton, NH 03276


Providian
P.O. Box 660433
Dallas, TX 75266-0433


Providian
P.O. Box 660487
Dallas, TX 75266-0487


Providian
P.O. Box 99604
Arlington, TX 76096-9604


Quest Diagnostics
P.O. Box 64804
Baltimore, MD 21264-4804


Risk Management Alt.
802 E. Martintown Rd #201
North Augusta, SC 29841
```

Sears
P.O. Box 182149
Columbus, OH 43218-2149


Sigler Auto Center
7501 Lincoln Avenue
Skokie, IL 60076


TJX/Visa Platinum
PO Box 26074
Richmond, VA 23260


United States Attorney
219 S. Dearborn Street
Chicago, IL 60604


Village Bank and Trust
234 W. Northwest Highway
Arlington Heights, IL 60004

B203
12/94

# United States Bankruptcy Court
### Northern District of Illinois, Eastern  Division

In re  Mike Tishel & Naty Tishel

Debtor(s)

Case No. _____

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services
rendered or to be rendered on behalf  of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follow s:

For legal services, I have agreed to accept ........................…………………...…….. $ ___3,000.00___

Prior to the filing of this statement I have received ........…………….................. $ ___2,000.00___

Balance Due .............................……………………………………................…. $ ___1,000.00___

2.   The source of compensation paid to me was:

  ☑ Debtor      ☐ Other (specify)

3.   The source of compensation to be paid to me is:

  ☑ Debtor      ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and
associates of my law firm.

  ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates
of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

  a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
  b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
  c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:
Representation in adversary and contested matters

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the
debtor(s) in the bankruptcy proceeding.

___September 7, 2005___
*Date*

/s/ David P. Leibowitz
_____
*Signature of Attorney*

Leibowitz Law Center
_____
*Name of law firm*

Bankruptcy2005 ©1991-2005, New Hope Software, Inc., ver. 3.9.0-644 - 30931